INST: 00001366  Bk: 6045  Ps: 330

WHEN RECORDED RETURN TO:
C-BASS Loan Asset Management, LLC.
4828 Loop Central Drive
Houston, TX 77081
ATTN: COLLATERAL CONTROL

## ASSIGNMENT OF MORTGAGE / DEED OF TRUST

LLS No. ▮▮▮▮                                                                                          Previous No. ▮▮▮▮

NOW ALL MEN BY THESE PRESENTS:
THAT THE PROVIDENT BANK ("Assignor") whose address is c/o Litton Loan Servicing LP, 4828 Loop Central Drive, Houston, TX 77081 for value received, does by these presents grant, bargain, sell, assign, transfer and set over unto:
Deutsche Bank National Trust Company, as Trustee under the Pooling and Servicing Agreement dated as of April 1, 2002, Morgan Stanley Dean Witter Capital I Inc. Trust 2002-AM2 ("Assignee") whose address is c/o Litton Loan Servicing LP, 4828 Loop Central Drive, Houston, TX 77081 all of Assignor's right, title and beneficial interest in and to that certain Deed of Trust describing land therein, recorded in the City of **Warwick**, County of **KENT**, State of RI as follows:

| NAME OF BORROWER | DATE EXECUTED | DATE RECORDED | INSTRUMENT NUMBER | BOOK | PAGE | LOAN AMOUNT |
|---|---|---|---|---|---|---|
| THOMAS G. FERRY, JR. AND JUDITH A. FERRY | 12/18/2001 | 12/21/2001 | 31764 | 3865 | 96 | $95,250.00 |

BENEFICIARY: AAMES FUNDING CORP DBA AAMES HOME LOAN
PROPERTY ADDRESS: 28 FULTON STREET, WARWICK, RI 02889
LEGAL DESCRIPTION: SEE ATTACHED EXHIBIT "A"                       TAX ID: 333-0361-0000

TOGETHER with the note therein described and the moneys due and to become due thereon, interest and attorney's fees and all other charges.
THIS ASSIGNMENT is made without recourse, representation or warranty, express or implied.
IN WITNESS WHEREOF, Assignor has caused this instrument to be duly executed as of this 13th day of January, 2006, by a duly authorized officer.

THE PROVIDENT BANK

By: _____
Lela Derouen, Vice President, Litton Loan Servicing LP
Attorney-in-Fact for The Provident Bank

Witness: _____
Deborah Curry

Witness: _____
Keisha Thomas

INST: 00001366 Bk: 6045 Pg: 331

STATE OF TEXAS
COUNTY OF HARRIS

On the 13th day of January, 2006, before me Toni Traina a notary public, in and for said state and county, personally appeared Lela Derouen, Vice President, Litton Loan Servicing LP, Attorney-in-Fact for The Provident Bank personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity and that by her signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

_Toni Traina_
Toni Traina, Notary Public

TONI TRAINA
Notary Public
State of Texas
My Commission Expires
November 21, 2009

RECORDED
Jan 19, 2006 12:10:47P
Marie T. Bennett, City Clerk
City of Warwick, RI