*Diane Finkle* (signature, left margin)

11/28/2017 MOTION IS GRANTED. LOSS MITIGATION ORDER WILL ENTER AND HEARING ON MOTION FOR RELIEF FROM STAY WILL BE TRACKED WITH THE LOSS MITIGATION PROCEEDING

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND (Providence)**

| In Re: | Case Number 1:17-bk-11782 |
|---|---|
| Judith A. Ferry | Chapter 7 |

**ASSENTED TO MOTION TO CONTINUE HEARING RE: MOTION FOR RELIEF FROM STAY [DOC. 7] AND LOSS MITIGATION NOTICE/REQUEST [DOC. 10]**

Now comes Ocwen Loan Servicing, LLC ("Ocwen") as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Dean Witter Capital I Inc. Trust 2002-AM2 Mortgage Pass-Through Certificates, Series 2002-AM2 ("Deutsche Bank") and respectfully requests that the hearing currently scheduled for November 30, 2017 at 10:00 a.m. on Deutsche Bank's Motion for Relief from Stay [Doc. No. 7] and the Debtor's Loss Mitigation Notice/Request [Doc. No. 10] be continued to a future date as deemed appropriate by this Court, pending entry of an order approving the Loss Mitigation Request.

As grounds for said motion, the parties state that the Debtor filed a Loss Mitigation Notice/Request on November 14, 2017 and the objection deadline is November 28, 2017 plus three days per local rule. Ocwen does not intend to object to the Loss Mitigation Request and is therefore requesting that the court continue the Motion for Relief to a future date contemporaneous with a loss mitigation status hearing. Counsel for the Debtor, Attorney Russell D. Raskin, has assented to this Motion.

Wherefore, Ocwen respectfully requests that the hearing on this matter be continued to a future date as deemed appropriate by this Court.

Dated: November 28, 2017

Respectfully Submitted,
Ocwen Loan Servicing, LLC as servicer
for Deutsche Bank National Trust
Company, as Trustee for Morgan Stanley
Dean Witter Capital I Inc. Trust 2002-
AM2 Mortgage Pass-Through Certificates,
Series 2002-AM2,
by its Attorney:

  /s/ Catherine V. Eastwood
Catherine V. Eastwood
RI# 6406
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND (Providence)**

| In Re: | Case Number 1:17-bk-11782 |
| Judith A. Ferry | Chapter 7 |

**CERTIFICATE OF SERVICE**

I, Catherine V. Eastwood, Attorney for **Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Dean Witter Capital I Inc. Trust 2002-AM2 Mortgage Pass-Through Certificates, Series 2002-AM2** hereby certify that on November 28, 2017 I caused to be electronically filed the foregoing *Assented to Motion to Continue* with the United States Bankruptcy Court for the District of Rhode Island using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants:

Gary L. Donahue, Assistant U.S. Trustee
Lisa A. Geremia, Trustee
Russell D. Raskin, Esquire

     I certify that I have caused to be mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Judith A. Ferry
28 Fulton Street
Warwick, RI 02889

Thomas G. Ferry, Jr.
28 Fulton Street
Warwick, RI 02889

Tax Collector:
Town of Warwick, RI
3275 Post Road
Warwick, RI 02886

Midland Funding, LLC
c/o Joseph M. Hall, Esquire
245 Winter Street, Suite 300
Waltham, MA 02451

Kent Home Medical Equipment
11 Knight Street
Warwick, RI 02886

Brennan Orthodontics, Inc.
c/o John A. DeSano, Jr., Esquire
P.O. Box 422
Warren, RI 02885

East Greenwich Pediatrics, Inc.
1377 S. County Trail
East Greenwich, RI 02818

Kent County Memorial Hospital
c/o Daniel R. Sumner, Esquire
200 Metro Center Blvd. Ste. 9
Warwick, RI 02886

  /s/ Catherine V. Eastwood
Catherine V. Eastwood, Esquire
RI#6406
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com